## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Snow Ann Jimenez,

\* From the 259th District
Court of Jones County,
Trial Court No. 010581.

Vs. No. 11-11-00201-CR

\* March 28, 2013

The State of Texas,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.